AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| DAIMLER TRUST <br> *Plaintiff* <br> v. <br> CHING KUI WENG <br> *Defendant* | ) <br> ) <br> ) Case No. 2:22-cv-01082-AJS <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHING KUI WENG

Date: 10-18-22

*Attorney's signature*

ROBERT VINCLER, ESQ. - NO. 20226
*Printed name and bar number*
564 FORBES AVE STE 1006
PITTSBURGH, PA 15219

*Address*

robertpaulvincler@hotmail.com
*E-mail address*

(412) 391-0899
*Telephone number*

(412) 281-3200
*FAX number*