IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAIMLER TRUST <br> Plaintiff | ) <br> ) <br> ) |
| v. | ) Civil Action No. 22-1082-AJS <br> ) <br> ) |
| Ching Kui Weng <br> Defendant | ) <br> ) |

## MOTION FOR DEFAULT JUDGMENT

Comes now DAIMLER TRUST and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, DAIMLER TRUST relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

Louis J. Kroeck IV, Esquire
PA ID #: 210045
LJK LAW, PLLC
1200 Sarah Street
Pittsburgh, PA 15203
Phone: 1 (412) 712-7605
Email: Lou@ljk-law.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the within MOTION FOR DEFAULT was served to all counsel through the ECF Electronic Case Filing System on this 28th day of March, 2023.

> Robert P. Vincler, Esquire
> Robert P. Vincler & Associates, LLC
> 564 Forbes Avenue, Suite 1006
> Pittsburgh, PA 15219
> Facsimile: 1 (412) 281-3200

**LJK LAW, PLLC:**

s/Louis J. Kroeck, IV
Attorney for Plaintiff

Louis J. Kroeck, IV
PA ID No. 210045
Lou@Ljk-law.com

1200 Sarah Street
Pittsburgh, PA 15203

412-712-7605