IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAIMLER TRUST, | ) |
| Plaintiff, | ) No. 22-cv-01082 |
| vs. | ) **JURY TRIAL DEMANDED** |
| CHING KUI WENG, | ) Re: ECF No. 52 |
| Defendant. | ) |

**ORDER**

AND NOW TO WIT, this 5th day of February, 2024, upon due and careful consideration of Plaintiff's Motion, it is hereby ORDERED, ADJUDGED and DECREED that the same be and is hereby GRANTED. Discovery in the instant matter shall be extended until 3/29/24. ~~an additional 60 (sixty) days and all other applicable case deadlines shall be reset accordingly~~. Plaintiff to provide discovery responses by 2/21/24. Post-discovery telephone conference is set for Thursday, 4/4/24 at 1:30 p.m.

BY THE COURT:

_Maureen P. Kelly_, J.

—4—