# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAIMLER TRUST, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-1082 |
| ) | Magistrate Judge Maureen P. Kelly |
| v. ) | |
| ) | |
| CHING KUI WENG, ) | |
| ) | |
| Defendant. ) | |

## HEARING MEMO

HEARING HELD: Telephone Post-Discovery Status Conference
DATE HEARING HELD: April 4, 2024
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                                Appearing for Defendant:
Louis J. Kroeck, IV, Esq.                              Robert Vincler, Esq.
Wallace Joseph Salvador, Esq.

Hearing began at 1:30 p.m.                          Hearing concluded at 2:10 p.m.

Stenographer: None

OUTCOME:

1. Reviewed chronology of case.

2. Both parties anticipate filing motions for summary judgment. Set schedule for summary judgment filings.

3. Discussed return to mediation with a different mediator. Each side to discuss and notify Court by 4/11/24. If agree to return to mediation, amended ADR stipulation with name of mediator and date/time to be filed by 4/12/24. Court will arrange for space in the courthouse for mediation.

4. Court will hold on issuing summary judgment scheduling order until 4/12/24.